**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-2188**

─────────────

MEGAN WHITTINGTON,

          Plaintiff - Appellant,

     v.

THE SHENANDOAH COUNTY COMMONWEALTH OF VIRGINIA; STEPHANIE COOL-DANNER, Former FSS at Shenandoah County Department of Social Services; HEATHER FROST, Supervisor at Shenandoah County Department of Social Services,

          Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Thomas T. Cullen, District Judge.  (5:21-cv-00066-TTC)

─────────────

Submitted:  March 11, 2025                         Decided:  March 13, 2025

─────────────

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Megan Whittington, Appellant Pro Se.  Rosalie Fessier, TIMBERLAKE SMITH, Staunton, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Megan Whittington appeals the district court's order denying as untimely her third Fed. R. Civ. P. 60(b) motion. "We review the district court's ruling on a [Rule] 60(b) motion for abuse of discretion . . . ." *Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc). "And if the reason[s] asserted for the Rule 60(b)[] motion could have been addressed on appeal from the judgment, we have denied the motion as merely an inappropriate substitute for an appeal." *Id*. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. *Whittington v. Shenandoah Cnty.*, No. 5:21-cv-00066-TTC (W.D. Va. Nov. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*